IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re : Mary Schaepe, | | : | |
| | Debtor | : | |
| | | : | Chapter 13 |
| | | : | |
| In re: Mary Schaepe, | | : | |
| | Plaintiff | : | Bk Case 5:07-bk-51803- RNO |
| | | : | Adversary Case 5:09-ap-00168-RNO |
| | | : | |
| vs. | | : | |
| | | : | |
| Cavalry Portfolio Services, | | : | |
| PO Box 1017 | | : | Jury Trial Demanded |
| Hawthorne, NY 10532 | | : | |
| | | : | |
| Cavalry Portfolio Services | | : | |
| PO Box 277288 | | : | |
| Tempe, AZ  85285-7288 | | : | |
| | Defendant | : | |

## <u>ORDER GRANTING MOTION TO APPROVE SETTLEMENT WITH RELEASE</u>

AND NOW, upon consideration of the Motion to Approve Settlement, it is hereby

ORDERED that the Motion is GRANTED, and that the above-captioned adversary action,

including the judgment therein, shall be marked as settled, discontinued and ended with

prejudice.

**By the Court,**

_Robert N. Opel, II_

Robert N. Opel, II, Bankruptcy Judge

(BI)

_This document is electronically signed and filed on the same date._

Dated: January 25, 2010